FILED
CLERK, U.S. DISTRICT COURT

June 22, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: AB DEPUTY

"REDACTED WITHOUT FOREPERSON'S SIGNATURE"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHRISTINA RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO SHERIFF DEPUTY FRANK LEYVA,<br><br>Defendants. | Case No. EDCV16-0795 PSG(KSx)<br><br>**SPECIAL VERDICT FORM** |

-1-

We, the jury in the above-entitled cause, hereby make the following findings:

**Plaintiff's 42 U.S.C. Section 1983 claim:**

1. Has plaintiff Michelle Rivera proved by a preponderance of the evidence that defendant Frank Leyva used unreasonable force in arresting plaintiff Michelle Rivera?

_____ Yes      ✓ No

*(If your answer to question 1 is "Yes," please answer question 2. If you answered "No," please answer question 3).*

2. Was the use of unreasonable force a substantial factor in causing Plaintiff Rivera's injury?

_____ Yes      _____ No

*(Regardless of your answer to question 2, answer question 3).*

**Plaintiff's CA Section 52.1 claim:**

3. Has the plaintiff Michelle Rivera proved by a preponderance of the evidence that she was subjected to unreasonable force accompanied by threats, intimidation or coercion?

_____ Yes      ✓ No

*(If you answer "No" to both question 1 and question 3, sign and date the verdict form. If you answer "Yes" to question 3, answer question 4.)*

4. Was the use of unreasonable force a substantial factor in causing Plaintiff Rivera's injury?

_____ Yes      _____ No

*(Only answer question 5 if you answer "Yes" to question 1.)*

-2-

**Plaintiff's CA Section 51.7 claim:**

5. Was Leyva's perception of Rivera's sexual orientation a motivating reason for Leyva's unreasonable seizure?

_____ Yes       _____ No

*(Answer question 6 only if you answered "yes" either question 2 or question 4).*

6. State the total amount of compensatory damages, if any, you award plaintiff Michelle Rivera:

$_____

*(Answer question 7 only if you answer "Yes" to question 1).*

7. Did defendant Frank Leyva act with malice, oppression or reckless disregard to the rights of plaintiff Michelle Rivera?

_____ Yes       _____ No

*(If your answer to question 7 is "Yes," please answer question 8. If your answer to question 7 is "No," please sign and date this verdict).*

8. What amount of punitive damages, if any, do you award plaintiff Michelle Rivera?

$_____

DATED: 06/22/17

**REDACTED**

-3-