

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michelle Christina Rivera | CASE NUMBER |
| Plaintiff(s) | ED CV 16-795-PSG (KSx) |
| v. | |
| County of San Bernardino, et al. | NOTICE OF COURT ORDER RE: BAILIFF/MATRON'S PRESENCE FOR JURY DELIBERATION |
| Defendant(s) | |

TO: THE UNITED STATES MARSHAL

On  JUN 2 1 2017   Judge/Magistrate Judge   PHILIP S. GUTIERREZ

ORDERED that a bailiff or matron be present to provide security for the jury during its deliberation in the above-entitled case. Said bailiff or matron shall be present in the courtroom to take charge of the jury on JUN 2 1 2017 at 3:06 p.m. This order shall remain in effect until the jury is discharged and/or the bailiff or matron is excused by the court.

CLERK, U.S. DISTRICT COURT

By  A. Bridges
       Deputy Clerk

cc: File