# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHRISTINA RIVERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; SHERIFF WILLIAM GORE; SAN DIEGO DEPUTY SHERIFF FRANK LEYVA (#3348); and DOES 1 through 10 in both their individual and official capacities,<br><br>　　　　Defendants. | No. 5:16-cv-00795-PSG-KSx<br><br>**FINAL JUDGMENT** |

After a jury trial held from June 14 through June 22, 2017, the jury returned a unanimous verdict in favor of Defendants Frank Leyva and the County of San Diego. In accordance with the jury's verdict, the Court hereby enters JUDGMENT in favor of Defendants Frank Leyva and the County of San Diego, and against Plaintiff Michelle Rivera.

**IT IS SO ORDERED.**

Dated: 6/29/17

PHILIP S. GUTIERREZ
_____
Hon. Phillip S. Gutierrez
United States District Judge

5:16-cv-00795-PSG-KSx